| | |
|---|---|
| Brian Audette | The Honorable: PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter 7 |
| 131 South Dearborn St | Location: 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: / / |
| Chicago, IL 60603-5559 | Hearing Time: 10:30am |
| (312) 324-8534 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: DBCC ORGANIZATION § Case No. 12-38617
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 28, 2012. The undersigned trustee was appointed on September 28, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of  $32,475.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 32,475.00 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 02/06/2013 and the deadline for filing governmental claims was 03/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,997.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $3,997.50, for a total compensation of $3,997.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/22/2015　　　　By: /s/Brian Audette
　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38617  **Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Case Name:** DBCC ORGANIZATION  **Filed (f) or Converted (c):** 09/28/12 (f)
**§341(a) Meeting Date:** 11/01/12
**Period Ending:** 04/22/15  **Claims Bar Date:** 02/06/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds held in IOLTA account of Henderson Adam, L<br>Imported from original petition Doc# 1 | 32,475.00 | 32,475.00 | | 32,475.00 | FA |
| 2 | 1 desktop printer<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 3 | 1 printer<br>Imported from original petition Doc# 1 | 700.00 | 700.00 | | 0.00 | FA |
| 4 | 10 desktop computers<br>Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | 15 desks<br>Imported from original petition Doc# 1 | 750.00 | 750.00 | | 0.00 | FA |
| 6 | 15 utility tables<br>Imported from original petition Doc# 1 | 375.00 | 375.00 | | 0.00 | FA |
| 7 | 2 printers<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | 30 file cabinets<br>Imported from original petition Doc# 1 | 750.00 | 750.00 | | 0.00 | FA |
| 9 | 4 conference tables<br>Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 10 | 5 laptop computers OBA<br>Imported from original petition Doc# 1 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$42,000.00** | **$42,000.00** | | **$32,475.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's Final Report and Fee Applications were submitted to the U.S.T. for review and approval on March 11, 2015.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Printed: 04/22/2015 03:18 PM    V.13.21

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-38617 | | **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| **Case Name:** | DBCC ORGANIZATION | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******45-66 - Checking Account |
| **Taxpayer ID #:** | **-***9545 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/22/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/12 | {1} | Henderson Adam, LLC | Balance of DBCC trust account | 1129-000 | 32,475.00 | | 32,475.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033023288 20130103 | 9999-000 | | 32,475.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **32,475.00** | **32,475.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 32,475.00 | |
| | | | **Subtotal** | | **32,475.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,475.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/22/2015 03:18 PM     V.13.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-38617  
**Case Name:** DBCC ORGANIZATION  
**Taxpayer ID #:** **-***9545  
**Period Ending:** 04/22/15

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,475.00 | | 32,475.00 |
| | | | **ACCOUNT TOTALS** | | **32,475.00** | **0.00** | **$32,475.00** |
| | | | Less: Bank Transfers | | 32,475.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******45-66 | 32,475.00 | 0.00 | 0.00 |
| Checking # ******0866 | 0.00 | 0.00 | 32,475.00 |
| | $32,475.00 | $0.00 | $32,475.00 |

{} Asset reference(s)                                                                   Printed: 04/22/2015 03:18 PM   V.13.21

# Exhibit C - Claims Register

### Case: 12-38617 DBCC ORGANIZATION

Claims Bar Date: 02/06/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br>131 South Dearborn St<br>Ste. 1700<br>Chicago, IL 60603-5559<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>09/28/12 |  | $3,997.50<br>$3,997.50 | $0.00 | $3,997.50 |
|  | Perkins Coie LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>09/28/12 |  | $1,188.00<br>$1,188.00 | $0.00 | $1,188.00 |
| 1P | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>11/01/12 |  | $41,876.05<br>$41,876.05 | $0.00 | $41,876.05 |
| 1U | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/01/12 |  | $170.00<br>$170.00 | $0.00 | $170.00 |
| 2 | State of Illinois (various agencies)<br>100 W. Randolph St.<br>Chicago, IL 60601<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/05/12 |  | $9,444,328.66<br>$9,444,328.66 | $0.00 | $9,444,328.66 |
| 3 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7396<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/13/12 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 -2 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7396<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/13/12 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 4P | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>04/15/13 |  | $25,568.37<br>$25,568.37 | $0.00 | $25,568.37 |

# Exhibit C - Claims Register

**Case: 12-38617   DBCC ORGANIZATION**

Claims Bar Date:   02/06/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4U | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/15/13 | | $2,045.48<br>$2,045.48 | $0.00 | $2,045.48 |

|  |  |  | **Case Total:** | **$0.00** | **$9,519,174.06** |
|---|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**    Exhibit D

Case No.: 12-38617
Case Name: DBCC ORGANIZATION
Trustee Name: Brian Audette

**Balance on hand:** $ 32,475.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 32,475.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 3,997.50 | 0.00 | 3,997.50 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 1,188.00 | 0.00 | 1,188.00 |

Total to be paid for chapter 7 administration expenses: $ 5,185.50
Remaining balance: $ 27,289.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 27,289.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $67,444.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 41,876.05 | 0.00 | 16,943.97 |
| 4P | Illinois Department of Revenue | 25,568.37 | 0.00 | 10,345.53 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 27,289.50 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,446,544.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 170.00 | 0.00 | 0.00 |
| 2 | State of Illinois (various agencies) | 9,444,328.66 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 2,045.48 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**