Brian Audette

Perkins Coie LLP

131 South Dearborn St

Ste. 1700

Chicago, IL 60603-5559

(312) 324-8534

Chapter 7 Trustee

| | |
|---|---|
| The Honorable: | PAMELA S. HOLLIS |
| Chapter 7 | |
| Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Hearing Date: | 05/19/2015 |
| Hearing Time: | 10:30am |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: DBCC ORGANIZATION | § | Case No. 12-38617 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/19/2015 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: __04/23/2015_____   By: __Brian A. Audette_____

                                                    Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

Brian Audette
Perkins Coie LLP
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534

| The Honorable: | PAMELA S. HOLLIS |
|---|---|
| Chapter   7 | |
| Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Hearing Date: | 05/19/2015 |
| Hearing Time: | 10:30am |
| Response Date: | / / |

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DBCC ORGANIZATION                    §        Case No.  12-38617
                                            §
                                            §
Debtor(s)                                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $        32,475.00

*and approved disbursements of*             $             0.00

*leaving a balance on hand of*  [1]         $        32,475.00

**Balance on hand:**                        $        32,475.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $             0.00
Remaining balance:                          $        32,475.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 3,997.50 | 0.00 | 3,997.50 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 1,188.00 | 0.00 | 1,188.00 |

Total to be paid for chapter 7 administration expenses:     $        5,185.50
Remaining balance:                                          $       27,289.50

        1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | | 0.00 |
| Remaining balance: | $ | | 27,289.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $67,444.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 41,876.05 | 0.00 | 16,943.97 |
| 4P | Illinois Department of Revenue | 25,568.37 | 0.00 | 10,345.53 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 27,289.50 |
| Remaining balance: | $ | | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,446,544.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 170.00 | 0.00 | 0.00 |
| 2 | State of Illinois (various agencies) | 9,444,328.66 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 2,045.48 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | | 0.00 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/Brian Audette
Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-38617-PSH
DBCC Organization                                                         Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers          Page 1 of 2          Date Rcvd: Apr 23, 2015
                             Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2015.
db           DBCC Organization,    11070 South Western Avenue,   Chicago, IL  60643-3928
aty          +Jordan K Galassie,    Perkins Coie LLP,   131 S Dearborn St Ste 1700,   Chicago, IL 60603-5559
19501577     +Ashley Hayes Forte, AAG,    13th Floor,   100 West Randolph Street,   Chicago, IL 60601-3397
19501578     +Barbara A. Shaw,    Room 4-750,   100 West Randolph Street,   Chicago, IL 60601-3222
19501579     +Estate of Dimitria Gritzanis,    1140 East 87th Street,   Chicago, IL 60619-7012
19501580     +Estate of Dimitria Gritzanis,    C/O Shana Jones,   1140 East 87th Street,
              Chicago, IL 60619-7012
19501581     +IL. Dept. of Commerce & Econimic Opp.,    500 East Monroe,   Springfield, IL 62701-1643
19501582     +IL. Dept. of Commerce & Econimic Opp.,    100 West Randolph,   Chicago, IL 60601-3219
19501600     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
              CHICAGO IL 60664-0338
              (address filed with court:  State Of Illinois,   Department Of Public Health,
              100 West Randolph Street, 13-210,   Chicago, IL 60601)
19501584     +Illinois Department Of Public Health,    Division Of Infectious Diseases, HIV/AID,
              525 West Jefferson St., 1st Floor,   Springfield, IL 62761-0001
19501583     +Illinois Department Of Public Health,    Assistant General Counsel, J. S. Gunn,
              535 West Jefferson Street,   Springfield, IL 62761-0001
19501585      Illinois Department Of Revenue,    Box 19447,   Springfield, IL  62794-9447
20332888      Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
19501587      Illinois Dept. Of Public Health,    525-535 West Jefferson Street,   Springfield, IL 62761-0001
19501586     +Illinois Dept. Of Public Health,    C/O Office Of The Attorney General,
              100 West Randolph Street, 13th Floor,   Chicago, IL 60601-3397
19501590     +Internal Revenue Services,    Payments,   P.O. Box 7312,   Philadelphia, PA 19101-7312
19501591     +James McCracken, AAG,    Room 13-210,   100 West Randolph Street,   Chicago, IL 60601-3218
19501592     +Jonathan S. Gunn, JD, MICT,    Assistant General Counsel,   535 West Jefferson Street,
              Springfield, IL 62761-0001
19501593      La Mar Hasbrouck, M.D., M. P. H.,    Director Of Public Health,
              100 West Washington St.,   Room 4-750,   Chicago, IL 60601
19501594     +Lisa Madigan,    13th Floor,   100 West Randolph Street,   Chicago, IL 60601-3397
19501595     +Lorri Jenkins,    Room 4-750,   100 West Randolph Street,   Chicago, IL 60601-3222
19501597     +Office Of The Attorney General,    100 West Randolph Street, 13th Floor,
              Chicago, IL 60601-3397
19501596     +Office Of The Attorney General,    Ashley Hayes Forte,   100 West Randolph Street, Rm 13-203,
              Chicago, IL 60601-3218
19501598     +Revenue Litigation Bureau,    Illinois Attorney General, Lisa Madigan,
              100 W Randolph St, Rm 13-203,   Chicago, IL 60601-3218
19501599     +Shana Jones,    1140 East 87th Street,   Chicago, IL 60619-7012
19655952     +State of Illinois (various agencies),    100 W. Randolph St.,   Chicago, IL 60601-3218
19501576     #Wheeler & Patel LLP,    1008 West Lake Street Unit 1,   Chicago, IL 60607-1715
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19647938      E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 24 2015 01:43:10
              Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
19501589     +E-mail/Text: cio.bncmail@irs.gov Apr 24 2015 01:41:16     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                      TOTAL: 2


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19501575     ##DBCC Organization,    1140 East 87th Street,   Chicago, IL  60619-7012
19501588     ##+Illinois Violence Prevention Authority,    Room 4-750,   100 West Randolph Street,
              Chicago, IL 60601-3222
                                                                        TOTALS: 0, * 0, ## 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mflowers        Page 2 of 2         Date Rcvd: Apr 23, 2015
                             Form ID: pdf006        Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2015 at the address(es) listed below:
          Brian  Audette   baudette@perkinscoie.com,  IL32@ecfcbis.com
          Charles R. Gibbs, Jr.   on behalf of Trustee Brian  Audette cgibbs@perkinscoie.com,
          docketchi@perkinscoie.com
          Francis N MacDonald    on behalf of Creditor   Illinois Department of Public Health
          fmacdonald@atg.state.il.us
          Francis N MacDonald    on behalf of Creditor   Illinois Violence Prevention Authority
          fmacdonald@atg.state.il.us
          Francis N MacDonald    on behalf of Creditor   Illinois Department Of Revenue
          fmacdonald@atg.state.il.us
          Francis N MacDonald    on behalf of Creditor   Illinois Department of Commerce and Economic
          Opportunity fmacdonald@atg.state.il.us
          Francis N MacDonald    on behalf of Creditor   Illinois Department of Children and Family Services
          fmacdonald@atg.state.il.us
          Mark Steven Wheeler   on behalf of Debtor   DBCC Organization 773trustme@gmail.com,
          773trustmealicia@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                        TOTAL: 9
```