**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DBCC ORGANIZATION § Case No. 12-38617
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $9,525.00                        Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $27,289.50        Claims Discharged
                                                    Without Payment: $9,459,085.21

Total Expenses of Administration: $5,185.50

---

3) Total gross receipts of $ 32,475.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $32,475.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,185.50 | 5,185.50 | 5,185.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 67,444.42 | 41,876.05 | 27,289.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 9,446,544.14 | 9,444,498.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,519,174.06 | $9,491,560.21 | $32,475.00 |

4) This case was originally filed under Chapter 7 on September 28, 2012. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2015        By: /s/Brian Audette
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds held in IOLTA account of Henderson Adam, L | 1149-000 | 32,475.00 |
| **TOTAL GROSS RECEIPTS** | | **$32,475.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 3,997.50 | 3,997.50 | 3,997.50 |
| Perkins Coie LLP | 3110-000 | N/A | 1,188.00 | 1,188.00 | 1,188.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,185.50** | **$5,185.50** | **$5,185.50** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 5800-000 | N/A | 41,876.05 | 41,876.05 | 27,289.50 |
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 25,568.37 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $67,444.42 | $41,876.05 | $27,289.50 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 7100-000 | N/A | 170.00 | 170.00 | 0.00 |
| 2 | State of Illinois (various agencies) | 7100-000 | N/A | 9,444,328.66 | 9,444,328.66 | 0.00 |
| 3 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 2,045.48 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $9,446,544.14 | $9,444,498.66 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-38617  
**Case Name:** DBCC ORGANIZATION  

**Period Ending:** 10/23/15

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 09/28/12 (f)  
**§341(a) Meeting Date:** 11/01/12  
**Claims Bar Date:** 02/06/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds held in IOLTA account of Henderson Adam, L<br>Imported from original petition Doc# 1 | 32,475.00 | 32,475.00 | | 32,475.00 | FA |
| 2 | 1 desktop printer<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 3 | 1 printer<br>Imported from original petition Doc# 1 | 700.00 | 700.00 | | 0.00 | FA |
| 4 | 10 desktop computers<br>Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | 15 desks<br>Imported from original petition Doc# 1 | 750.00 | 750.00 | | 0.00 | FA |
| 6 | 15 utility tables<br>Imported from original petition Doc# 1 | 375.00 | 375.00 | | 0.00 | FA |
| 7 | 2 printers<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | 30 file cabinets<br>Imported from original petition Doc# 1 | 750.00 | 750.00 | | 0.00 | FA |
| 9 | 4 conference tables<br>Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 10 | 5 laptop computers OBA<br>Imported from original petition Doc# 1 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$42,000.00** | **$42,000.00** | | **$32,475.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Amended Distribution Report filed by UST on 9/3/15. Cut additional distribution check to IDES on 9/3/15. Prepare and submit TDR after the check clears.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014      **Current Projected Date Of Final Report (TFR):** December 31, 2015

Printed: 10/23/2015 11:49 AM      V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-38617 | | Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| Case Name: | DBCC ORGANIZATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******45-66 - Checking Account |
| Taxpayer ID #: | **-***9545 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/23/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/29/12 | {1} | Henderson Adam, LLC | Balance of DBCC trust account | 1149-000 | 32,475.00 | | 32,475.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033023288 20130103 | 9999-000 | | 32,475.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,475.00 | 32,475.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 32,475.00 | |
| | | | **Subtotal** | | **32,475.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32,475.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/23/2015 11:49 AM V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-38617  
**Case Name:** DBCC ORGANIZATION  

**Taxpayer ID #:** **-***9545  
**Period Ending:** 10/23/15  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,475.00 | | 32,475.00 |
| 05/19/15 | 10101 | Perkins Coie LLP | Dividend paid 100.00% on $1,188.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,188.00 | 31,287.00 |
| 05/19/15 | 10102 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $3,997.50, Trustee Compensation;  Reference: | 2100-000 | | 3,997.50 | 27,289.50 |
| 05/19/15 | 10103 | Illinois Department of Employment Security | Dividend paid 40.46% on $41,876.05; Claim# 1P; Filed: $41,876.05; Reference: | 5800-000 | | 16,943.97 | 10,345.53 |
| 05/19/15 | 10104 | Illinois Department of Revenue | Dividend paid 40.46% on $25,568.37; Claim# 4P; Filed: $25,568.37; Reference:<br>Stopped on 08/12/15 | 5800-000 | | 10,345.53 | 0.00 |
| 08/12/15 | 10104 | Illinois Department of Revenue | Dividend paid 40.46% on $25,568.37; Claim# 4P; Filed: $25,568.37; Reference:<br>Stopped: check issued on 05/19/15 | 5800-000 | | -10,345.53 | 10,345.53 |
| 09/03/15 | 10105 | Illinois Department of Employment Security | Dividend paid 65.16% on $41,876.05; Claim# 1P; Filed: $41,876.05; Reference: | 5800-000 | | 10,345.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,475.00 | 32,475.00 | $0.00 |
| | | | Less: Bank Transfers | | 32,475.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 32,475.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$32,475.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******45-66** | 32,475.00 | 0.00 | 0.00 |
| **Checking # ******0866** | 0.00 | 32,475.00 | 0.00 |
| | $32,475.00 | $32,475.00 | $0.00 |

{} Asset reference(s)   Printed: 10/23/2015 11:49 AM   V.13.25